**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6568**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

    versus

TAUBARI OLANYAN LATSON, a/k/a Tabar,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert E. Payne, District Judge. (CR-95-193, CA-99-1662-2)

———————

Submitted: July 27, 2000         Decided: August 4, 2000

———————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Taubari Olanyan Latson, Appellant Pro Se. Laura P. Tayman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Taubari Olanyan Latson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Latson</u>, Nos. CR-95-193; CA-99-1662-2 (E.D. Va. Mar. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>